UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WAYNE HEARD, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:17-cv-00409-LSC |
| | ) | |
| CITY OF BIRMINGHAM, *ET AL.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Plaintiff Wayne Heard, Jr. filed this action on March 15, 2017. On August 9, 2017, this Court ordered Plaintiff to perfect service on either defendant within thirty (30) days to avoid dismissal of his action. (Doc. 2.) Plaintiff has not perfected service on the defendants within thirty (30) days the Court's August 9th Order. (Doc. 2.) Pursuant Fed. R. Civ. P. 4(m), this action is hereby DISMISSED without PREJUDICE.

**DONE** and **ORDERED** on October 25, 2017.

L. Scott Coogler
United States District Judge

190685